**1162**

■

**STATE**

v.

**Joseph CRAVEIRO.**

**No. 81–108–C.A.**

Supreme Court of Rhode Island.

May 13, 1982.

Dennis J. Roberts II, Atty. Gen., Madeline Quirk, Sp. Asst. Atty. Gen., for plaintiff.

John A. Davey, Jr., Woonsocket, for defendant.

**ORDER**

The motion for counsel fee is granted and John A. Davey, Jr. is hereby awarded a fee of $750 plus costs of $15 for his services on defendant's behalf in the prosecution of this appeal.

■

**Alfred E. TILLINGHAST et al.**

v.

**TOWN OF GLOCESTER.**

**No. 81–226–M.P.**

Supreme Court of Rhode Island.

May 13, 1982.

Abedon, Michaelson, Stanzler, Biener, Skolnik & Lipsey, Providence, Milton Stanzler, for petitioners.

Robert G. Flanders, Jr., Town Sol., Glocester, for respondent.

**ORDER**

The petitioners' motion to strike the record appendix herein as prayed is denied, and their motion to require respondent to supplement the record with certain documents is also denied, without prejudice, however, to petitioners themselves submitting the requested documents. The respondent's motion to supplement the record is granted.

SHEA, J., did not participate.

■

**Brendan WYNNE et al.**

v.

**Joan E. VELANDER.**

**No. 82–199–M.P.**

Supreme Court of Rhode Island.

May 13, 1982.

Gary R. Pannone, John D. Lynch, Warwick, for plaintiff-respondents.

Hanson, Curran & Parks, Robert D. Parrillo, Carroll, Kelly & Murphy, Joseph A. Kelly, Providence, for defendant-petitioner.

**ORDER**

The petition for writ of certiorari is granted. The stay entered in this case on May 10, 1982 is continued until further order of this court.